## Rose ag<sup>t</sup> Long

Roger Rose plaint. ag<sup>t</sup> Michal Long Defend<sup>t</sup> in an action of the case for receiving an Order & a bill containing twelue thousand foote of boards & planke neere & about the first of May last past & making no return neither of bill nor boards to the plaintifes great damage according to attachm<sup>t</sup> dat. June 2<sup>d</sup> 1675. . . . The Jury . . . founde for the Defend<sup>t</sup> costs of Court.   [ 338 ]